ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeals of -- )
)
Fibertek, Inc. ) ASBCA Nos. 61680, 61681
)
Under Contract No. W56HZV-05-C-7024 *et al.* )

APPEARANCE FOR THE APPELLANT: Seth H. Locke, Esq.
Perkins Coie LLP
Washington, DC

APPEARANCES FOR THE GOVERNMENT: Arthur M. Taylor, Esq.
DCMA Chief Trial Attorney
Kara M. Klaas, Esq.
Trial Attorney
Defense Contract Management Agency
Chantilly, VA

ORDER OF DISMISSAL

The disputes have been settled. The appeals are dismissed with prejudice.

Dated: September 19, 2019

_____
RICHARD SHACKLEFORD
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 61680, 61681, Appeals of Fibertek, Inc., rendered in conformance with the Board's Charter.

Dated:

_____
PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals

# ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeals of -- )
)
Fibertek, Inc. ) ASBCA Nos. 61680, 61681
)
Under Contract No. W56HZV-05-C-7024 *et al.* )

APPEARANCE FOR THE APPELLANT:     Seth H. Locke, Esq.
                                   Perkins Coie LLP
                                   Washington, DC

APPEARANCES FOR THE GOVERNMENT:   Arthur M. Taylor, Esq.
                                   DCMA Chief Trial Attorney
                                   Kara M. Klaas, Esq.
                                   Trial Attorney
                                   Defense Contract Management Agency
                                   Chantilly, VA

## ORDER OF DISMISSAL

The disputes have been settled. The appeals are dismissed with prejudice.

Dated: September 19, 2019

_____
RICHARD SHACKLEFORD
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 61680, 61681, Appeals of Fibertek, Inc., rendered in conformance with the Board's Charter.

Dated:

_____
PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals